FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:58 pm, Sep 09, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| NICHOLAS THOMPSON, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-4 |
| v. | * | |
| TRACY JOHNS, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 18.  Petitioner Nicholas Thompson ("Thompson") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Thompson's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Thompson *in forma pauperis*

status on appeal.

      **SO ORDERED**, this ____9____ day of ___September___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)